No. 96–1870. IN RE MCMAHON;

No. 96–9081. IN RE AZUBUKO;

No. 96–9479. IN RE OTIS;

No. 96–9529. IN RE JOYNER JENNINGS;

No. 97–5122. IN RE BIERLEY;

No. 97–5123. IN RE BIERLEY;

No. 97–5305. IN RE WICKWARE; and

No. 97–5550. IN RE LEE. Petitions for writs of mandamus and/or prohibition denied.

No. 96–1440. STILL v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 96–1550. MARYLAND STATE DEPARTMENT OF EDUCATION, DIVISION OF REHABILITATION SERVICES v. DEPARTMENT OF VETERANS AFFAIRS ET AL.; and

No. 96–1551. NATIONAL FEDERATION OF THE BLIND ET AL. v. DEPARTMENT OF VETERANS AFFAIRS ET AL. C. A. 4th Cir. Certiorari denied. Reported below: 98 F. 3d 165.

No. 96–1556. LOUGH v. BRUNSWICK CORP., DBA MERCURY MARINE. C. A. Fed. Cir. Certiorari denied.

No. 96–1557. CALHOON v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 96–1559. OWENS v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 96–1595. ARIZONA ET AL. v. UNITED STATES ET AL.; and

No. 96–1596. CALIFORNIA ET AL. v. UNITED STATES ET AL. C. A. 9th Cir. Certiorari denied. Reported below: 104 F. 3d 1095 (No. 96–1595) and 1086 (No. 96–1596).

No. 96–1607. DUWAMISH INDIAN TRIBE ET AL. v. UNITED STATES ET AL. C. A. 9th Cir. Certiorari denied.